```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
-------------------------------------x
TAHANI ADONIS,

                    Plaintiff,                    STIPULATION

          -against-                               08 Civ 1726 (MGC)

COURT OFFICER MELISSA COLEMAN, COURT
OFFICER MADGE, SHIELD # 6290, AND COURT
OFFICER SHIELD # 3212

                    Defendants.
-------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in above captioned proceeding that the Defendants shall have an additional forty-five (45) days in which to file their answer. Defendants' answer is now due on May 9, 2008.

IT IS HEREBY FURTHER STIPULATED AND AGREED that for the purpose of filing facsimile signatures shall be deemed originals.

Dated: New York, New York
       March 28, 2008

ANDREW M. CUOMO
Attorney General of the
 State of New York
Attorney for Defendants
By: _____ (RM-7044)
ROBERTA L. MARTIN
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-6696    (T)
(212) 416-6075    (F)

Robin Smith, Attorney at Law
Attorney for Plaintiff
By: _____ (RS0025)
ROBIN C. SMITH, ESQ.
44 Court Street, Suite 917
New York, New York 11201
(718) 403-9599    (T)
(718) 403-9501    (F)

So Ordered
March 28, 2008

_____
United States District Judge