UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAHANI ADONIS,                                           CASE MANAGEMENT PLAN

                      Plaintiff,            08  CIV 01726 (MCG)

- against -

COURT OFFICER MELISSA COLEMAN,
COURT OFFICER MADGE, SHIELD #6290
AND COURT OFFICER SHIELD # 3212

                      Defendants.
_____

    The following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

Joinder of additional parties by May 20, 2008.

Amend the pleadings by June 30, if necessary.

All motions other than summary judgment by

Discovery to be completed by September 30, 2008.

Joint Pre-Trial Order to be submitted by

Final Pre-Trial Conference

Trial

SO ORDERED:

Dated New York, New York

                                                                     _____
                                                                     MIRIAM GOLDMAN CEDARBAUM
                                                                       United States District Judge