UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| Tahani Adonis | CASE MANAGEMENT PLAN |
| Plaintiff(s) | 08 Civ. 1726 (MGC) |
| - against - | |
| Court Officer Melissa Coleman, et al. | |
| Defendant(s) | |

------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | May 20, 2008 |
| Amend the pleadings by | June 30, 2008 |
| All motions other than summary judgment by | None |
| Discovery: | |
| All discovery to be completed by | September 30, 2008 |
| Joint Pre-Trial Order to be submitted by | October 27, 2008 |
| Final Pre-Trial Conference is scheduled for | Thursday Octoher 30, 2008 at 2:30 pm. |
| Trial: | Bench Trial November 18, 2008 at 9:30 am. |

SO ORDERED.

Dated:   New York, New York
         July 23, 2008

                                         S/
                                         _____
                                         MIRIAM GOLDMAN CEDARBAUM
                                         United States District Judge